*W. H. Fleming,* for plaintiff in error.

*Lamar & Callaway,* contra.

---

## ADKINS *v.* CRAWFORD COUNTY.

BECK, J. The court below erred in sustaining a general demurrer to the petition in a suit brought against a county, wherein it was alleged by the plaintiff that she was the owner of certain lands lying within the county referred to, and that the commissioners of roads and revenues of said county had cut a public road through her land and had taken her land for the public use without her consent, and, by the manner of cutting said road, had caused large quantities of rainwater to be diverted on to her cultivated land, resulting in damages to the land and rendering a large part of the same unfit for cultivation, to her injury and damage a stated sum, and that she had in writing demanded compensation from said commissioners, who had refused payment thereof.

FEBRUARY 15, 1911.

Action for damages. Before Judge Felton. Crawford superior court. October term 1909.

*Robert W. Barnes,* for plaintiff.

*A. J. Danielly* and *H. A. Mathews,* for defendant.

BECK, J. The headnote contains the substance of the allegations contained in the plaintiff's petition. And while the petition may be open to special demurrer because of the vague and indefinite statement of the manner in which the injury and damage to the land in question was caused, and possibly on the further ground of the insufficiency of the averment of a presentation of plaintiff's claim against the county under the requirements of § 362 of the Political Code of 1895 (Civil Code (1910), § 411), the petition as a whole was not subject to general demurrer, under the ruling made in the case of *Barfield* v. *Macon County,* 109 *Ga.* 386 (34 S. E. 596). That ruling decides the issue raised by the general demurrer adversely to the demurrant in the present case, and requires a reversal of the judgment of the court below.

*Judgment reversed. All the Justices concur.*